UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACY INMAN., No. 59137-509,

      Petitioner,

v.

      Case No. 26-cv-656-JPG

WARDEN, FCI-Greenville,

      Respondent.

## JUDGMENT

    This matter having come before the Court, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that petitioner Tracy Inman's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed and that judgment is entered in favor of respondent Warden, FCI-Greenville, and against petitioner Tracy Inman.

**DATED: June 11, 2026**

**MONICA A. STUMP, Clerk of Court**

**DEPUTY CLERK**

**Approved:**

**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**